UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

___Noah A. Messing___, Plaintiff

V.

___Town of Hamden___, Defendant

SEP 13 2019 PM 1:45
FILED-USDC-CT-NEW HAVEN

Case No. 3:19 CV 1442 (AWT)
[Put case number here]

## CONSENT TO ELECTRONIC NOTICE
## BY SELF-REPRESENTED LITIGANT

A. [Complete the first line for electronic notification from the court]

I, ___Noah A. Messing___ hereby consent to the court
   (name of self-represented litigant)
using my email address, as listed below, for the purpose of sending me notification of orders and notices issued by the court.

B. [Complete the second line for electronic service from opposing counsel; DO NOT COMPLETE THIS LINE IF YOU WANT OPPOSING COUNSEL TO SEND PAPERS BY REGULAR MAIL]

I, ___Noah A. Messing___ hereby consent to opposing
   (name of self-represented litigant)
counsel using my email address, as listed below, for the purpose of sending me papers filed with the court.

In the event I change my email provider or discontinue my email service, I will notify the court immediately of the address change so my court records may be updated.

___Noah A. Messing___
Name of Self-represented Litigant

___127 Wall Street___
Street Address

___New Haven, CT 06510___            ___203-500-6293___
City, State, Zip Code                 Telephone

___noah.messing@yale.edu___
Email Address

___9/13/19___            ___[signature]___
Date                     Signature

Certificate of Service

I hereby certify that on  9/13/19  [date], a copy of the foregoing "Motion by Self-represented Litigant to Participate in Electronic Filing" was filed and served by mail on the following: [insert name and address of every person served].

_____
Signature of Self-represented Litigant

Revised: November 29, 2017