UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

__Noah A. Messing__, Plaintiff

v.

__Town of Hamden__, Defendant

SEP 13 2019 PM 1:45
FILED-USDC-CT-NEW HAVEN

Case No. __3:19cv1442(AWT)__
[Put case number here]

## MOTION BY SELF-REPRESENTED LITIGANT
## TO PARTICIPATE IN ELECTRONIC FILING

I am a Plaintiff/Defendant in this civil action. I have filed an appearance as a self-represented litigant, and I hereby request permission to file documents electronically. In so doing, I consent to the court and opposing counsel using my email address, as listed below, for the purpose of sending me electronic notification of orders, notices, and other documents that are filed in my case. I understand that hard copies will no longer be issued by the court or opposing counsel. I understand that if my motion is granted, I must complete the Court's required training class on electronic filing for self-represented litigants and register for a PACER account, before I can actually begin filing documents electronically. I certify that I can comply with the following requirements:

- A computer with access to the internet.

- Internet Explorer (Version 11) or Mozilla Firefox (Version 49.x and higher) or Safari (Version 10.x and higher) or Chrome (Version 53.x and higher).

- Adobe Reader (Version 7 or greater).

- Ability to create PDF files.

- An upgraded PACER account.

__Noah A. Messing__
Name of Self-represented Litigant

__127 Wall Street__
Street Address

__New Haven, CT 06510__ [06510]
City, State, Zip Code

__203-500-6293__
Telephone

__noah.messing@yale.edu__
Email Address

__9/13/19__
Date

__[signature]__
Signature

Certificate of Service

I hereby certify that on ___9/13/19___ [date], a copy of the foregoing "Motion by Self-represented Litigant to Participate in Electronic Filing" was filed and served by mail on the following:  [insert name and address of every person served].

_____
Signature of Self-represented Litigant

Revised: November 29, 2017