```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

------------------------------- x
NOAH A. MESSING,                 :
                                 :
        Plaintiff,               :    Civil No. 3:19-cv-1442(AWT)
                                 :
v.                               :
                                 :
TOWN OF HAMDEN,                  :
                                 :
                                 :
        Defendant.               :
------------------------------- x

### ORDER RE STATUS REPORT

On **July 7, 2020**, the parties shall file a joint status report advising the court about:

1. The status of discovery;

2. Any discovery issues foreseen by either party; and

3. The first date on which a settlement conference would be productive.

It is so ordered.

Signed this 5th day of March 2020, at Hartford, Connecticut.

                              /s/ AWT
                          Alvin W. Thompson
                      United States District Judge